UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANAYELI GUZMAN and HECTOR REYES,
*individually and on behalf of others similarly situated,*

      Plaintiffs,

-against-

KAHALA HOLDINGS, LLC., NEW AGE
FOOD CONCEPTS, INC . (d/b/a RANCH 1),
and VINOD KUMAR CHAND,

      Defendant.

Civil Action No.:
1: 15-cv-09625-LGS

## CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Kahala Holdings, LLC (hereinafter, "Kahala"), by and through their attorneys, Nixon Peabody LLP, certifies that Kahala Holdings, LLC, Inc. has no parent corporation, affiliates and/or subsidiaries of said party, which are publicly held.

Dated: February 1, 2016
    New York, New York

               **NIXON PEABODY LLP**

               By: /s/ Craig R. Tractenberg
                  Craig R. Tractenberg [CT-6759]
                  NIXON PEABODY LLP
                  437 Madison Avenue
                  New York, New York 10022
                  Telephone: (212) 940-3722
                  Facsimile: (866) 852-2714
                  *Attorneys for Defendant Kahala Holdings, LLC*