

**Leslie Hartford**
*Associate*
T 617-345-1369
lhartford@nixonpeabody.com

100 Summer Street
Boston, MA  02110-2131
617-345-1000

January 31, 2018

***VIA ECF***

Honorable Henry B. Pitman, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

**RE:  Guzman et al v. Kahala Holdings, LLC et al
Case No. 15-cv-9625 (HBP)**

Dear Judge Pitman:

We represent the Kahala defendants in the above referenced matter, in which a telephone conference is set for tomorrow, February 1, 2018, to discuss the inclusion of specific language in the parties' settlement agreement.

I write jointly with counsel for Plaintiffs and the Franchisee Defendants to notify the Court that counsel for all parties have agreed to omit the language in question and have agreed upon a revised agreement for submission to the Court.

Therefore, out of respect for the Court's time, the parties kindly suggest that the conference tomorrow is no longer necessary.  With the Court's permission, counsel will jointly submit the revised agreement shortly via ECF.

                                               Respectfully submitted,

                                               */s/ Leslie Hartford*
                                               Leslie Hartford (admitted *pro hac vice*)
                                               Attorney for Kahala defendants

Cc: Andrew Spinnell, Esq. (via ECF)
Colin Mulholland, Esq. (via ECF)